HENRY J. HILLIARD V. THE STATE.

No. 23924. Delivered February 11, 1948.

*Pat Beene,* of Andrews, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

The conviction is for the unlawful transportation of whisky in a dry area; the punishment, a fine of $100.00.

The information is fatally defective in failing to allege the constituent elements necessary to constitute Andrews County a dry area—that is, that an election was held and that the returns were canvassed, the result declared, and publication made of that result. See: Alexander v. State, 132 Tex. Cr. R. 1, 102 S. W. (2d) 209; Gallagher v. State, 142 Tex. R. 133, 151 S. W. (2d) 819; Brown v. State, 135 Tex. Cr. 3, 117 S. W. (2d) 107.

The judgment is reversed and the prosecution ordered dismissed.

Opinion approved by the Court.